SCOTT D. LEVENSTEN, ESQUIRE
The Levensten Law Firm, P.C.
1420 Walnut Street, Suite 1500
Philadelphia, PA 19102
Phone: 215.545.5600
Fax: 215.545.5156

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2545 MASTER DOCKET 1:14-cv-1748 |
| FRANK KENNEDY and, BRENDA KENNEDY     Plaintiff | : : : : | HON. MATTHEW F. KENNELLY |
| v. | : : | |
| ABBVIE, INC., ET AL.     Defendants | : : : : | NOTICE OF DISMISSAL Civil Action No.: 1:15-cv-9864 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Please take NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) this complaint is to be dismissed against Defendants Solvay S.A., Pfizer, Inc. and Pharmacia & Upjohn Company, Inc. without prejudice. Each party to bear its own fees and costs.

Date:  February 25, 2016        Respectfully submitted,

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Dismissal Without Prejudice has contemporaneously with filing been served upon all counsel for served Defendants who appear on the Court's CM/ECF system.

Date: February 25, 2016      Respectfully submitted,

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*