UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| FRANK KENNEDY and BRENDA KENNEDY,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBVIE, INC., ET AL.,<br><br>        Defendants. | Civil Action No. 1:15-cv-9864<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that any and all claims asserted by and on behalf of Plaintiffs against Defendants AbbVie, Inc., Abbott Laboratories, AbbVie Products, LLC, Unimed Pharmaceuticals, LLC, Besins Healthcare, Inc, and Besins Healthcare, S.A. in the above-captioned case are hereby dismissed without prejudice, with each side to bear their own costs.

    DATED: February 25, 2016

*/s/ Scott D. Levensten*
Scott D. Levensten, Esq.
THE LEVENSTEN LAW FIRM, P.C.
1420 Walnut Street
Suite 1500
Philadelphia, PA 19102

*Attorneys for Plaintiffs*

*/s/ Christopher R. Boisvert*
Christopher R. Boisvert
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

    I, Scott D. Levensten, Esq., hereby certify that on February 25, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                          */s/ Scott D. Levensten*